IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

JOSIE SILVA,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

08 JUN 19 AM 8: 12

CLERK-ALBUQUERQUE

No. CV 07–1238 LH/LCS

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed May 23, 2008. (Doc. 15.) Neither party has filed objections.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed May 23, 2008 (Doc.15) are adopted by the Court.

A Judgment consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**

_____
SENIOR UNITED STATES DISTRICT JUDGE